JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL PARSONS,<br><br>  Plaintiff,<br><br>vs.<br><br>CRYSTAL CRUISES, LLC,<br><br>  Defendant. | Case No.: CV 20-7382-DMG (AFMx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [31]** |

  Based on the parties' Stipulation of Dismissal,

  **IT IS HEREBY ORDERED** that:

  1.   All claims in the above-entitled action are dismissed in their entirety with prejudice;

  2.   Each party is to bear its/her own fees and costs; and

  3.   All scheduled dates and deadlines are VACATED.

DATED: February 11, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE